```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
_____
                            :
SHAWN ARCHIE, SR., et al.,  :
                            :    No. 20-cv-7907 (NLH) (KMW)
          Plaintiffs,       :
                            :
     v.                     :    MEMORANDUM OPINION
                            :
                            :
RICHARD SMITH, et al.,      :
                            :
          Defendants.       :
_____ :
```

IT APPEARING THAT:

1. Plaintiff Phillip Gault submitted a proposed class action complaint along with several other prisoners confined at the Cumberland County Jail. ECF No. 1.

2. On August 5, 2020, mail addressed to Mr. Gault at the Cumberland County Jail was returned as undeliverable. ECF No. 15.

3. The Notice mailed to Mr. Gault's address of record was returned with the envelope marked "Return to Sender, Refused, Unable To Forward." Id. A handwritten notation, "N/H," was on the envelope. Id.

4. Mr. Gault has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's

address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5. Based on Mr. Gault's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to dismiss him from this case.

6. Mr. Gault may request to rejoin the matter by submitting his new contact information to the Court.

7. An appropriate order follows.


Dated: September 2, 2020             s/ Noel L. Hillman
At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.