```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| SHAWN ARCHIE, SR., et al. | 1:20-cv-7907 (NLH) (KMW) |
| Plaintiffs, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| RICHARD SMITH, et al., | |
| Defendants. | |

**APPEARANCES**:

Phillip Gault, Jr.
540 N. Burlington Road
Bridgeton, NJ 08302

    Plaintiff

**HILLMAN, District Judge**

    WHEREAS, Plaintiff Phillip Gault submitted a proposed class action complaint along with several other prisoners confined at the Cumberland County Jail, see ECF No. 1; and

    WHEREAS, on August 5, 2020, mail addressed to Mr. Gault at the Cumberland County Jail was returned as undeliverable, see ECF No. 15; and

    WHEREAS, the Court administratively terminated Mr. Gault under Local Civil Rule 10.1 on September 3, 2020, see ECF No. 17; and

    WHEREAS, Mr. Gault has submitted a change of address with the Clerk, see ECF No. 22,

THEREFORE, IT IS on this  28th  day of September, 2020

ORDERED that the Clerk shall reinstate Phillip Gault as a plaintiff; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Plaintiffs by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.