**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
kconfoy@foxrothschild.com
jmpollock@foxrothschild.com
pkalish@foxrothschild.com
(609) 844-3033
*Attorneys for Plaintiffs Raymond Lamar Brown,*
*John Clark, Desmond Rogers and Todd Ford, Jr.*
*And others Similarly Situated at the Cumberland County Jail*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND LAMAR BROWN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES WARREN, et al.<br><br>Defendants. | Civil Action No. 1:20-cv-7907-NLH-KMW<br><br><br>**ORDER COMPELLING**<br>**PRODUCTION OF DOCUMENTS** |

This matter having come before the Court on informal application of Plaintiffs, by counsel Fox Rothschild LLP, and on notice to Defendant, by counsel Zeff Law Firm, LLC for entry of an Order compelling Defendant and CFG Health Systems to produce all records related to inmate Johanan Evans, including custody records, health records and communications with and about Johanan Evans, and this Court having considered the application and having considered the argument of counsel, and for the reasons stated on the record on April 19, 2021, and for good cause shown,

It is on the 19th day of April 2021, ORDERED that Plaintiffs' application is GRANTED, and, it is further ORDERED, that all records in the possession, custody and control of the Defendant and CFG Health Systems, the health services administrator for the Cumberland County

Jail, pertaining to inmate JOHANAN EVANS are to be produced to counsel for Plaintiffs without further delay, and by no later than 5pm on Wednesday, April 21st, 2021.

/s Noel L. Hillman
_____
HONORABLE NOEL L. HILLMAN, U.S.D.J.