

Mail: P. O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
Tel (609) 896-3600 Fax (609) 896-1469
www.foxrothschild.com

KAREN A. CONFOY
Direct Dial: 609-844-3033
Email: kconfoy@foxrothschild.com

June 18, 2021

**VIA ECF**
The Honorable Noel L. Hillman, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re:   Raymond Lamar Brown, et al. v. Charles Warren, et al.
        Case No. 20-cv-7907-NLH-KMW**

Dear Judge Hillman,

I write respectfully to advise Your Honor of our ongoing concerns about continuing harassment and retaliation directed at Plaintiffs. Our concerns arise out of information provided by Plaintiff, Todd Ford, most recently in letters directed to Fox Rothschild dated June 4 and June 13, 2021, and in a letter sent to Mr. Hughes dated June 5, 2021, which Mr. Hughes forwarded to us.

Among several issues raised by Mr. Ford, we see four concerning retaliation as warranting attention. First, Mr. Ford reports that correctional officers have been told to "tighten up" on CPod and are imposing more discipline on Plaintiffs in CPod.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington



The Honorable Noel L. Hillman
June 18, 2021
Page 2

Second, Mr. Ford reports that correctional officers are afraid of retaliation from their superiors if they assist Plaintiffs. Third, Plaintiffs continue to be precluded from holding any of the available jobs in the Jail. With regard to the latter, as Your Honor will recall, after the Amended Complaint and Order to Show Cause were filed, Plaintiff John Clark was removed from his position as a Trustee and was terminated from his job on the cleaning staff. Sergeant Paulitis and Sergeant Ortiz testified that Mr. Clark was removed from his position at the direction of Captain Joynes; Captain Joynes said it was on order of the Warden. None of Sergeant Ortiz, Sergeant Paulitis, or Captain Joynes could offer any legitimate reason for taking this action or explain how Mr. Clark's removal was not retaliatory. (T. 699:1-23; 1798:23-1801:3; 1846:11-24).

Finally, Mr. Ford also reports that although inmates housed in other areas of the Jail are being granted outside recreation and law library access, inmates in CPod are not.

Our concerns about possible ongoing retaliation since the conclusion of the hearing concluded are heightened in light of the delay Defendants have caused in



The Honorable Noel L. Hillman
June 18, 2021
Page 3

producing any information so that the record on the retaliation hearing may be closed, post-hearing submissions filed, and a decision issued. We addressed this issue in our June 11, 2021 letter [Dkt. No. 144], but to date, a week later, Defendants still have not produced a single communication or document related to the shakedown on May 11, 2021. Nor have they produced the metadata for the Memos prepared in connection with the shakedown, as was ordered by the Court on May 25, 2021. We question the reason for this delay, as we believe that the record in this case demonstrates that Defendants have not only not been forthcoming about their conduct and the situation in the Jail, but also that they attempted to conceal such information.

We respectfully request a conference at Your Honor's earliest convenience to address these matters of concern. We thank the Court for consideration of this matter.

Respectfully submitted,

*s/ Karen A. Confoy*

Karen A. Confoy

cc:  Counsel of Record (via ECF)