```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| RAYMOND LAMAR BROWN, JOHN CLARK, DESMOND ROGERS, TODD FORD, JR. and CARLOS SOLER, individually, and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES WARREN, in his official capacity as Warden, Cumberland County Department of Corrections, and CUMBERLAND COUNTY, NEW JERSEY,<br><br>Defendants. | 1:20-cv-7907-NLH-KMW<br><br><br><br><br>**ORDER TO SHOW CAUSE** |

**HILLMAN**, District Judge

   WHEREAS, the Court issued a Consent Order on May 13, 2021 (ECF No. 126), which provided for the appointment of a Special Master pursuant to Fed. R. Civ. P. 53; and

   WHEREAS, the Court appointed William J. Hughes, Jr., Esquire as Special Master on May 21, 2021 (ECF No. 139), and tasked him with filing a report containing findings and recommendations regarding the adequacy of COVID-19 protections and procedures at the Cumberland County Jail; and

   WHEREAS, the Special Master filed a Partial Initial Report on June 15, 2021 (ECF No. 146), which included a series of

proposals related to the identification and quarantining of individuals who have contracted COVID-19, which the Court has reviewed;

THEREFORE,

IT IS HEREBY on this 23rd day of July, 2021

ORDERED that the parties shall show cause as to why the Court should not adopt the Special Master's Partial Initial Report and Recommendations in a hearing to be held on August 5, 2021, at 10 a.m. in Courtroom 3A of the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101; and it is further

ORDERED that any opposition to the Court adopting the Special Master's Partial Initial Report and Recommendations shall be filed on or before July 29, 2021.

At Camden, New Jersey

/s Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.