UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN

August 5, 2021
DATE OF PROCEEDING

JUDGE NOEL L. HILLMAN

COURT REPORTER: Robert T. Tate              Docket # 20-cv-7907 (NLH)
TITLE OF CASE:

RAYMOND LAMAR BROWN, et al,
    PLAINTIFFS
    vs.

CHARLES WARREN, et al
    DEFENDANTS

APPEARANCES:
Karen Confoy, Jeffrey Pollock and Paul Kalish, Esqs. for Plaintiffs.
Gregg Zeff, Esq. for Defendants.
William J. Hughes, Jr., special master via zoom

NATURE OF PROCEEDINGS: ORDER TO SHOW CAUSE HEARING
Hearing on [153] Order to Show Cause held;
Ordered Charles Warren to appear at the next hearing.
Status hearing set for Monday, August 16, 2021 at 2:00 p.m., Courtroom 3A.

Time commenced: 10:00 a.m. Time Adjourned: 11:45 a.m.
Total Time: 1 hour, 45 min.

s/ GN, Deputy Clerk