**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAYMOND LAMAR BROWN, JOHN CLARK, DESMOND ROGERS, TODD FORD, JR. and CARLOS SOLER, individually, and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES WARREN, in his official capacity as Warden, Cumberland County Department of Corrections, and CUMBERLAND COUNTY, NEW JERSEY,<br><br>Defendants. | 1:20-cv-7907-NLH-KMW<br><br><br><br><br>**ORDER** |

For the reasons expressed on the record in the Order to Show Cause Hearing held by the Court on August 5, 2021, and for the reasons expressed on the record in the previous hearing held by this Court on May 25, 2021, (see ECF No. 142 at 494),

IT IS HEREBY on this 6th day of August, 2021,

ORDERED that by August 12, 2021 at 5 p.m., Defendants shall produce to Plaintiffs all documents and communications concerning or relating to the May 11, 2021 "shakedown" event that served as the basis for this Court's hearings held on May 19, 20, and 25, including all text messages, e-mails, voice mails, or any electronic communications of any kind that relate to the shakedown, as well as any records of the Cumberland

County Jail that relate to the shakedown in all forms, including both paper and electronic.

|  |  |
|---|---|
| At Camden, New Jersey | /s Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |