William J. Hughes, Jr., Esq. (NJ 3031993)
PORZIO BROMBERG & NEWMAN, P.C.
100 Southgate Parkway
Morristown, NJ  07962
(973) 889-4308
wjhughes@pbnlaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| RAYMOND LAMAR BROWN, JOHN CLARK, DESMOND ROGERS, TODD FORD, JR., AND CARLOS SOLER, individually and on behalf of others similarly situated, | : : : : : | Hon. Noel L. Hillman |
| Plaintiffs | : | |
| v. | : | Case No. 1:20-cv-7907-NLH-KMW |
| CHARLES, WARREN, in his Official capacity as Warden, Cumberland County Dep't. of Corrections and CUMBERLAND COUNTY NEW JERSEY, | : : : : | **ORDER SUPPLEMENTING THE COURT'S AUGUST 6, 2021 ORDER** |
| Defendants. | : : | |

WHEREAS the Court entered an Order on August 6, 2021 adopting the Second Partial Initial Report and Recommendation of the Special Master (ECF No. 159) relating to the distribution and use of cleaning supplies at the Cumberland County Jail; and

WHEREAS the Court held a hearing on August 18, 2021 during which it determined the need for additional direction to the Administration, Supervisors, Corrections Officers, Staff and Contractors at the Cumberland County Jail concerning the placement of cleaning supplies storage lockers and the responsibility for stocking the locker with cleaning supplies,

distribution of cleaning supplies to the inmates and the creation of a log; and

WHEREAS the Court must make clear that this and all of the Court's Orders apply to the Administration, Supervisors, Corrections Officers, Staff and Contractors at the Cumberland County Jail; and

WHEREAS the Court must SUPPLEMENT its August 6, 2021 Order to clearly address the issues raised by the Court's Order,

THEREFORE,

IT IS HEREBY on this 7th day of September, 2021

ORDERED that the Cumberland County Jail shall place the storage lockers containing the cleaning supplies in a secure area, visible by video surveillance, where only Corrections Officers can have access; and it is further

ORDERED that in Pod areas where the Corrections Officer in charge of an area is located with the inmates, the locker shall be placed behind the "red tape" where no inmate is allowed to be located; and it is further

ORDERED that in dormitory areas, the lockers shall be placed outside of the cell area by the Corrections Officer in charge of the unit and in view of video surveillance; and it is further

ORDERED that in the medical area, the locker may remain in the closed cleaning closet that is not within the view of video

surveillance so long as no inmate can have access to the cleaning closet without supervision of a Corrections Officer; and it is further

ORDERED that each locker shall have a separate log upon which a Supervisor shall log each item replaced or placed into the cleaning locker; and it is further

ORDERED that at least at the beginning of each day, a Supervisor shall be responsible for ensuring that all items required to be in each locker pursuant to the Court's August 6, 2021 Order are present by the Supervisor's actual placement or replacement of such items and denoting such actions in each locker's logbook; and it is further

ORDERED that the Corrections Officer in charge of each housing unit shall be responsible for the distribution of adequate cleaning supplies to inmates in a manner that ensures no waste, pilferage, or destruction of cleaning supplies; and it is further

ORDERED that the Corrections Officer in charge of each housing unit shall distribute the cleaning supplies to an individual inmate such that the inmate who receives the cleaning supplies (cleaning solution and/or mops) must return the cleaning supplies before another inmate may receive and use the cleaning supplies; and it is further

ORDERED that each time an inmate receives cleaning solution and/or mops, the Corrections Officer in charge of a housing unit must denote the name of the inmate who received the cleaning solution and/or mops, the time received, and the time returned; and it is further

ORDERED that the Corrections Officer in charge of a housing unit is responsible for ensuring that no inmate who uses the cleaning solution to clean his or her cell or personal area shall have the cleaning solution for more than 15 minutes; and it is further

ORDERED that if the cleaning solution bottles are empty or low during the shift, the Corrections Officer in charge of a housing unit is personally responsible for ensuring that the cleaning solution bottles are refilled and placing a notation in the cleaning locker's log; and it is further

ORDERED that cleaning supplies may be issued to an individual inmate to clean the common areas of the housing unit in the same manner (logging the issuance, limited time, and return prior to reissue) as the individual cell areas as described above; and it is further

ORDERED that a copy of this Order and the Court's August 6, 2021 Order shall be provided to each Administrator, Supervisor, Corrections Officer, Staff Member and Contractor such that they

will be placed on Notice of their personal obligations to comply with the Court's Orders.

At Camden, New Jersey          \_\_\_\_/s Noel L. Hillman\_\_\_\_\_
                               NOEL L. HILLMAN, U.S.D.J.