# *ALTERMAN & ASSOCIATES, LLC*

8 South Maple Avenue
Marlton, New Jersey 08053
(856)334-5737 – Phone
(856)334-5731 – Fax
Please forward all correspondence to the Marlton office

*Stuart J. Alterman*
*Arthur J. Murray*
*Timothy J. Prol*

<u>Haledon Office</u>
22 Church Street
Haledon, New Jersey 07508
(973)956-1621 – Phone
(973)956-1421 – Fax

September 13, 2021

Honorable Noel L. Hillman
United States District Court of New Jersey
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

      RE:   Brown, et al. v. Warren, et al.
              Docket No.  1:20-cv-7907(NLH/KMW)

Dear Judge Hillman:

      As Your Honor may recall, my law firm is legal counsel to PBA Local 231, which represents the Rank-and-File Correctional Police Officers in Cumberland County.  I understand you are having some sort of a hearing on September 15, 2021, as it relates to the above-referenced matter.

      Although PBA Local 231 is not a named plaintiff, nor a named defendant, in this matter, they are certainly an interested party.  We wanted to bring several things to your attention.  Specifically, several Correctional Police Officers who have spoken with Special Master Hughes, or his designees, have been targeted for discipline by the Administration.  We do not believe this is a coincidence.  We believe it stems directly from their communication with and/or their cooperation with Special Master and his team.  This includes, but is not limited to, Correctional Police Officer Donald Carter, Correctional Police Officer Kelly Butler, and Correctional Police Officer Gregory Glenn.

      It is certainly unfortunate that Officers who have either testified in this matter, or have been requested to be interviewed by the Special Master, are being subjected to increased scrutiny by the Administration.

      We would request that Your Honor give consideration to having the Special Master supervise any and all disciplinary actions that stem from any Correctional Police

Officer who has testified in this matter and/or has been interviewed by the Special Master or his designees.

Respectfully submitted,
Alterman & Associates, LLC

Stuart J. Alterman, Esquire
salterman@alterman-law.com

SJA:dam
cc: Jeffrey M. Pollack, Esquire
Gregg L. Zeff, Esquire
William J. Hughes, Jr.  Special Master
PBA Local 231 Executive Board

2