The purpose of this Notice is to inform you of a proposed settlement in a pending Class Action lawsuit brought on behalf of past and

Mitchell H. Cohen Building U.S. Court House 4th & Cooper Street Camden, NJ 08101

present pretrial inmates in the Cumberland County Jail (The "Jail")

The lawsuit, Brown, et al. v. Cumberland County New Jersey and Eugene J. Caldwell II, et al., Case No 20cv7907 (NLH)(AMD), Filed in the United States District Court for the District of New Jersey in 2020, was brought by Raymond Brown, Desmond Rodgers, John Clark, Todd Ford Jr. and Carlos Soler for the following claims:

I Virgil Moore was at the Jail and recieved COVID-19 from the Jail

DATE 10-7-24

VIRGIL MOORE
925 LANDIS AVE Apt 314
~~Vi~~Neland NJ 08360
PHONE 856 982 0862
856 466 9011

Virgil MOORE
30-35 SOUTH
HACKENSACK AVE
Kearny, NJ 07032
PHONE 201 395 5600
EXT 5121
HUDSON COUNTY JAIL

I'AM SEEKING LEGAL ADVICE & DAMAGE'S

CB9

10-7-24

Settlement Administrator

P.O Box 301130

Los Angeles, CA

90030-1130

I VIRGIL MOORE WAS INFECTED WITH COVID-19 VIRUS DURING MY STAY AT THE Cumberland COUNTY JAIL ON or ABOUT MAY 6, 2021 THROUGH NOVEMBER 17, 2023. Some or All MY LEGAL RIGHTS WAS AFFECTED/VIOLATED

Virgil MOORE
925 LANDIS AVE Apt 314
Vineland NJ 08360
Phone 856-982 0862
856-466 9011

Virgil MOORE
30-35 South
Hackensack AVE
Kearny, NJ 07032
Phone 201 395 5600
EXT 5121
Hudson County Jail

I'AM SEEKING LeGAL ADVICE & DAMAGe's ?

Virgil Moore #373960
Hudson County Jail
30-35 South Hackensack Ave
Kearny NJ 07032

To

Mitchell H Cohen
Building U.S. Court House
4th & Cooper Street
Camden, NJ 08101